IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**KEVIN EDWARD ARCHER,**

        **Plaintiff,**

v.                                       Civil Action No. 1:16-CV-172
                                            (JUDGE KEELEY)

**WARDEN SAAD,**

        **Defendant.**

**OPINION/REPORT AND RECOMMENDATION
THAT CASE BE DISMISSED WITHOUT PREJUDICE**

The *pro se* plaintiff initiated this action on August 17, 2016, by filing a complaint seeking a preliminary injunction and restraining order against the above-named defendant pursuant to 28 U.S.C. § 2201 (ECF No. 1). On August 18, 2016, the District Judge referred Petitioner's claim to the Magistrate Judge to "conduct a scheduling conference and issue a scheduling order, for written orders or reports and recommendations, as the case may be, regarding any motions filed, and to dispose of any other matters that may arise" (ECF No. 4).

On August 18, 2016, the Clerk of Court mailed to Petitioner 1) Notice of General Guidelines for Appearing Pro Se in Federal Court [ECF No. 2] and 2) Notice of Deficient Pleading [ECF No. 3], which gave Petitioner notice that failure to correct his deficient pleading within 21 days would result in dismissal for failure to prosecute under Fed R. Civ. P. 41(b). On August 23, 2016, a return receipt confirming delivery of these notices on August 22, 2016 was received by the Court (ECF No. 5). To date, the Court has received nothing further from

Petitioner. Therefore, the undersigned recommends the **DISMISSAL** of Plaintiff's claims **without prejudice** for failure to prosecute.

Within fourteen (14) days after being served with a copy of this Opinion/Report and Recommendation, any party may file with the Clerk of Court written objections identifying those portions of the recommendation to which objection is made and the basis for such objections. A copy of any objections should also be submitted to the Honorable Irene M. Keeley, United States District Judge. Failure to timely file objections to this recommendation will result in waiver of the right to appeal from a judgment of this Court based upon such recommendation. 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).

The Clerk is directed to send a copy of this Opinion/Report and Recommendation to counsel of record via electronic mean and to the plaintiff by certified mail, return receipt requested, to his last known address as shown on the docket.

DATED: September 20, 2016.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE